Filed         22-CI-00027       03/31/2022      Kimberly Duncan, Lyon Circuit Clerk
NOT ORIGINAL DOCUMENT
04/12/2022 10:11:49 AM
90489-8

CIVIL ACTION NO. 22-CI-_____                    LYON CIRCUIT COURT
                                                         DIV.___

*Electronically Filed*

JOSEPH A. SERPICO, JR.                                       PLAINTIFF

v.                          **COMPLAINT**

VONDA F. ROBINSON                                            DEFENDANTS
     SERVE:    Kentucky Secretary of State
               Pursuant to KRS 454.210

               2153 Forrest Park Road SE
               Apt. 2
               Atlanta, GA 30315

and

HEARTLAND EXPRESS INC. OF IOWA
     SERVE:    Kentucky Secretary of State
               Pursuant to KRS 454.210

               Chris Strain, Registered Agent
               901 N. Kansas Ave.
               North Liberty, IA 52317

Comes the Plaintiff, Joseph A. Serpico, Jr., by counsel, and for his Complaint against the Defendants named herein, states as follows:

I.

Plaintiff Joseph A. Serpico, Jr. ("Serpico") is, and was at all times relevant, a citizen and resident of Marshall County, Kentucky.

II.

Defendant Vonda F. Robinson ("Defendant Robinson") is, and was at all times relevant, a citizen and resident of Fulton County, Georgia, residing at 2153 Forrest Park Road SE, Apt. 2, Atlanta, Georgia 30315. Defendant Robinson may be served with process in this case by delivery of a summons and a true and accurate copy of this

1

Presiding Judge: HON. JAMES R. REDD (656426)

COM : 000001 of 000006

Complaint to the Kentucky Secretary of State. The Secretary of State is respectfully notified that Defendant Robinson can be served with process at 2153 Forrest Park Road SE, Apt. 2, Atlanta, Georgia 30315.

### III.

Defendant Heartland Express Inc of Iowa ("Defendant Heartland") is and was at all times relevant an Iowa corporation with its home office located at 901 N. Kansas Ave., North Liberty, Iowa 52317. Defendant Heartland may be served with process in this case by delivery of a summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State. The Secretary of State is respectfully notified that Defendant Heartland can be served with process through its registered agent, Chris Strain, at 901 N. Kansas Ave., North Liberty, Iowa 52317.

### IV.

The subject motor vehicle collision occurred in Lyon County, Kentucky, and the amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court. Venue and jurisdiction are proper in Lyon Circuit Court.

### V.

On February 8, 2021, in Lyon County, Kentucky, Defendant Robinson negligently and carelessly operated a 2019 Freightliner owned by Defendant Heartland thereby causing same to collide with a 2019 Toyota Tacoma driven by Serpico, causing severe injuries to Serpico.

### VI.

At the time of the subject collision, Defendant Robinson was in the course and scope of employment with Defendant Heartland.

**VII.**

Defendant Heartland has *respondeat superior* liability for the negligent, careless, and/or reckless actions of its servant employee, Defendant Robinson, and additionally, in order that Serpico may plead all causes of action and/or potential causes of action upon which relief may be granted in this case, in the event it is determined that Defendant Heartland was negligent and/or careless in hiring, training, and/or supervising Defendant Robinson, said actions/inactions on the part of Heartland are pled as additional bases upon which relief may be granted to Serpico.

**VIII.**

At all times pertinent hereto, Serpico exercised an appropriate degree of care for his own safety. The subject collision was caused by the negligence and/or carelessness of Defendants Robinson and/or Heartland.

**IX.**

At all times pertinent hereto, Serpico fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act, KRS 304.39 *et seq*.

**X.**

As a direct and proximate result of the negligence of Defendant Robinson and/or Defendant Heartland, Serpico has been injured and damaged. The monetary value of Serpico's injuries and damages exceed the minimum jurisdictional limits of this Court. Serpico's injuries and damages include, but are not specifically limited to:

    (a)    Medical bills and related expenses, past, present and future;

    (b)    Physical and mental pain and suffering, past present and future;

Presiding Judge: HON. JAMES R. REDD (656426)
COM : 000003 of 000006

(c) Past and future lost wages and impairment of earning capacity; and

(d) Miscellaneous inconvenience and expense, past, present, and future.

Serpico seeks by this action to recover the full monetary value of his injuries and damages together with all available interest at the maximum legal rate.

WHEREFORE, the Plaintiff, Joseph A. Serpico, Jr., respectfully prays this Court for relief as follows:

(a) For judgment against the Defendants in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b) For the Plaintiff's costs incurred in pursuit of this action including reasonable attorney's fees to the extent permitted by law; and

(c) For any and all other relief to which it may appear the Plaintiffs are entitled, including a trial by jury.

This 31st day of March, 2022.

> HUGHES & COLEMAN
> 1256 Campbell Lane, Suite 201
> P. O. Box 10120
> Bowling Green, KY 42102
> (270) 782-6003 Ext. 136
> FAX (270) 843-0446
> rhartsock@hughesandcoleman.com
>
> /s/ Richard W. Hartsock_____

## CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action. Pursuant

to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Rawlings Company, LLC
One Eden Parkway
P.O. Box 2000
La Grange, KY 40031-2000

  IN RE:  Our Client:  Joseph A. Serpico, Jr.
      Our File No.: 663482
      Your Insured: Aetna
      File No.:  115542234
      DOI:   2/8/2021

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Aetna Insurance Company
P.O. Box 14079
Lexington, KY 40512

  IN RE:  Our Client:  Joseph A. Serpico, Jr.
      Our File No.: 663482
      Your Insured: Joseph A. Serpico, Jr.
      Your Claim #: 202112160121 & 202112160120
      DOI:   2/08/2021

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Edgewood Partners Insurance
1390 Willow Pass Road,
Ste 800
Concord, CA 94520

  IN RE:  Our Client:  Joseph A. Serpico, Jr.
      Our File No.: 663482
      Your Insured: Rentokil North America
      Policy No.: 31CAB1044400
      DOI:   2/08/2021

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Gallagher Bassett Services
ATTN: Roeschel Stanton

5

P.O. Box 2934
Clinton, IA 52733-2921

    IN RE:    Our Client:    Joseph A. Serpico, Jr.
                   Our File No.:    663482
                   Your Insured:    Rentokil North America
                   Claim No.:    011428-074669-WC-01
                   DOI:    2/08/2021

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
State Farm
ATTN: Andres Rodriguez
P.O. Box 106170
Atlanta, GA 30348

    IN RE:    Our Client:    Joseph A. Serpico, Jr.
                   Our File No.:    663482
                   Your Insured:    Joseph A. Serpico, Jr.
                   Claim No.:    1719H766Q
                   DOI:    2/8/2021

Heartland Express
ATTN: Robert Butler
901 North Kansas Avenue
North Liberty IA 52317

    IN RE:    Our Client:    Joseph A. Serpico, Jr.
                   Our File No.:    663482
                   Your Insured:    Heartland Express Inc.
                   Policy No.    XSAH25299577
                   Claim No.:    110210027
                   DOI:    2/8/2021

This 31st day of March, 2022.

/s/ Richard W. Hartsock
Counsel for Plaintiff

COMMONWEALTH OF KENTUCKY
LYON CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00027

JOSEPH A. SERPICO, JR.                                                                 PLAINTIFF

v.                          **ANSWER TO COMPLAINT**
                              *Electronically Filed*

VONDA F. ROBINSON and
HEARTLAND EXPRESS, INC. OF IOWA                                         DEFENDANTS

* * * * *

Come the Defendants, Heartland Express, Inc. of Iowa and Vonda Robinson, by counsel, and for their answer to Plaintiff's complaint, state as follows:

### FIRST DEFENSE

The complaint should be dismissed for failure to state a claim upon which relief may be granted.

### SECOND DEFENSE

The complaint may be barred by the applicable statute of limitations, depending upon the actual date of the subject accident, the accrual date of Plaintiff's cause of action and all other relevant statutory and common law.

### THIRD DEFENSE

1. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Roman numeraled paragraph I of the complaint, and therefore deny same.

2. Defendants admit the statements regarding the citizenship of Defendant, Vonda Robinson, as set forth in Roman numeraled paragraph II of the complaint. Defendants do not answer to the statements of law contained within said paragraph in

4894-3784-0923, v. 1

that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

3.     Defendants admit so much of Roman numeraled paragraph III of the complaint as states that Heartland Express Inc. of Iowa is an Iowa corporation. Defendant Heartland states that its home office is located at 901 Heartland Way, North Liberty, IA 52317 rather than at the address set forth in said paragraph. Defendants do not answer to the statements of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

4.     Defendants are without sufficient information or knowledge to admit or deny the allegations set forth in Roman numeraled paragraph IV of the complaint, and therefore deny same. Defendants do not answer to the statements of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

5.     Defendants deny any allegations or implications of negligence or carelessness as stated in Roman numeraled paragraph V of the complaint. Defendants admit that Heartland was the owner of the 2019 Freightliner involved in the subject accident. Defendants are without sufficient information or knowledge to admit or deny the remaining allegations of said paragraph, and therefore deny same.

6.     Defendants admit that Vonda Robinson was in the course and scope of her employment with Defendant Heartland at the time of the subject accident as set forth in Roman numeraled paragraph VI of the complaint.

7.     Defendants deny any allegations of negligence, carelessness, or recklessness as set forth in Roman numeraled paragraph VII of the complaint.

Defendants do not answer to the statements of law contained within said paragraph as the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

8. Defendants deny any negligence or carelessness stated or implied against them in Roman numeraled paragraph 8 of the complaint. Defendants are without sufficient information or knowledge to admit or deny the remaining allegations of said paragraph, and therefore deny same.

9. Defendants are without sufficient information or knowledge to admit or deny the allegations set forth in Roman numeraled paragraph 9 of the complaint, and therefore deny same.

10. Defendants deny any negligence stated or implied against them in Roman numeraled paragraph 10 of the complaint. Defendants are without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs (to include all subparagraphs of same), and therefore deny same. Defendants do not answer to the statements of law contained within said paragraph as the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

### FOURTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of Plaintiff, Defendants rely upon same as a complete or partial bar to Plaintiff's complaint.

## FIFTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of a third-party, named or unnamed in the complaint, Defendants rely upon same as a complete or partial bar to Plaintiff's complaint.

## SIXTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by an act of God, Defendants rely upon same as a complete or partial bar to Plaintiff's complaint.

## SEVENTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about by an intervening and superseding cause of which these Defendants had no control, Defendants rely upon same as complete bars to Plaintiff's complaint.

## EIGHTH DEFENSE

Defendants affirmatively rely upon all applicable provisions of Kentucky's Motor Vehicle Reparations Act (K.R.S. 304.39-010, *et. seq.*) as complete bars to those relevant portions of Plaintiff's complaint.

## NINTH DEFENSE

Defendants affirmatively state that to the extent that Plaintiff's medical expenses and lost wages have been paid or are payable by Plaintiff's basic reparations benefits

carrier, the cause of action for recovery of such damages belongs to said carrier, and Defendants rely upon same as a complete bar to those relevant portions of Plaintiff's complaint.

## TENTH DEFENSE

Defendants affirmatively state that to the extent that Plaintiff has failed to mitigate his damages, Defendants rely upon same as a complete bar to those portions of Plaintiff's claim caused by such failure.

## ELEVENTH DEFENSE

Defendants affirmatively rely upon all available defenses permitted pursuant to Kentucky Rules of Civil Procedure 8.03 and 12.02 as complete bars to those relevant portions of Plaintiff's claim.

WHEREFORE, Defendants Heartland Express Inc. of Iowa and Vonda Robinson move for a dismissal of the complaint against them, for their costs incurred herein, and for any and all other relief to which they may appear entitled.

Respectfully submitted,

DANIEL E. MURNER      (No. 82715)
ELIZABETH WINCHELL   (No. 92088)
ESTEE ROSE                    (No. 99038)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  (859) 255-2424

BY:    /s/Elizabeth Winchell
           COUNSEL FOR DEFENDANTS

4894-3784-0923, v. 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of April, 2022, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Richard W. Hartsock  (rhartsock@hughesandcoleman.com)
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
*Counsel for Plaintiff*

Daniel E. Murner  (dmurner@landrumshouse.com)
Elizabeth Winchell  (ewinchell@landrumshouse.com)
Estee Rose  (erose@landrumshouse.com)
*Counsel for Defendant,*
*Heartland Express, Inc. of Iowa*

                                    BY:   /s/Elizabeth Winchell
                                              COUNSEL FOR DEFENDANTS

COMMONWEALTH OF KENTUCKY
LYON CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00027

JOSEPH A. SERPICO, JR.                                                              PLAINTIFF

v.         NOTICE OF ELECTION OF ELECTRONIC SERVICE
*Electronically Filed*

VONDA F. ROBINSON and
HEARTLAND EXPRESS, INC. OF IOWA                                        DEFENDANTS

* * * * *

Come the Defendants, Heartland Express, Inc. of Iowa and Vonda Robinson, by counsel, and pursuant to CR 5.02(2), elects to "effectuate and receive service via electronic means." The electronic notification addresses at which the undersigned attorneys agree to accept service are listed below. Please include all e-mail addresses below to assure receipt of service.

dmurner@landrumshouse.com
ewinchell@landrumshouse.com
erose@landrumshouse.com

Please provide, in accordance with said rule, the electronic notification address at which counsel may be served.

Respectfully submitted,

DANIEL E. MURNER     (No. 82715)
ELIZABETH WINCHELL   (No. 92088)
ESTEE ROSE           (No. 99038)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  (859) 255-2424

BY:   /s/Elizabeth Winchell
      COUNSEL FOR DEFENDANTS

4861-7067-5483, v. 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of April, 2022, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Richard W. Hartsock      (rhartsock@hughesandcoleman.com)
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
*Counsel for Plaintiff*

                                          BY:    /s/Elizabeth Winchell
                                                     COUNSEL FOR DEFENDANTS

COMMONWEALTH OF KENTUCKY
LYON CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00027

JOSEPH A. SERPICO, JR.                                                                                PLAINTIFF

v.            <u>NOTICE OF SERVICE OF DISCOVERY</u>
                          ***Electronically Filed***

VONDA F. ROBINSON and
HEARTLAND EXPRESS, INC. OF IOWA                                                         DEFENDANTS

* * * * *

Defendant, Heartland Express, Inc. of Iowa, by counsel, hereby gives notice of service of interrogatories and requests for production of documents to Plaintiff, Joseph A. Serpico, Jr., under CR 33 and CR 34 on April 21, 2022.

Respectfully submitted,

DANIEL E. MURNER        (No. 82715)
ELIZABETH WINCHELL    (No. 92088)
LACEY FIORELLA              (No. 92006)
ESTEE ROSE                      (No. 99038)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  (859) 255-2424

BY:   /s/Elizabeth Winchell
         COUNSEL FOR DEFENDANTS

4883-1658-6011, v. 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of April, 2022, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Richard W. Hartsock      (rhartsock@hughesandcoleman.com)
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
*Counsel for Plaintiff*

                                                    BY:    /s/Elizabeth Winchell
                                                                 COUNSEL FOR DEFENDANTS

NOT ORIGINAL DOCUMENT
04/27/2022 10:17:09 AM
90489-8

| | |
|---|---|
| CIVIL ACTION NO. 22-CI-00027 | LYON CIRCUIT COURT<br>DIV. I |

*Electronically Filed*

| | | |
|---|---|---|
| JOSEPH A. SERPICO, JR. | | PLAINTIFF |
| v. | **NOTICE OF SERVICE** | |
| VONDA F. ROBINSON and<br>HEARTLAND EXPRESS INC. OF IOWA | | DEFENDANTS |

Comes the Plaintiff, Joseph A. Serpico, Jr., by counsel, and hereby notifies the Court that Interrogatories and Requests for Production of Documents were propounded to counsel for Defendants Vonda F. Robinson and Heartland Express Inc. of Iowa via e-mail on April 22, 2022.

This 25th day of April, 2022.

        HUGHES & COLEMAN
        1256 Campbell Lane, Suite 201
        P. O. Box 10120
        Bowling Green, KY  42102
        (270) 782-6003 Ext. 136
        FAX (270) 843-0446
        rhartsock@hughesandcoleman.com

        /s/ Richard W. Hartsock
        Richard W. Hartsock

NO : 000001 of 000002

## CERTIFICATION

It is hereby certified that the foregoing was filed with the above Court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 25th day of April, 2022. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

    Daniel R. Murner
    Elizabeth Winchell
    Estee Rose
    LANDRUM & SHOUSE LLP
    P.O. Box 951
    Lexington, KY 40588-0951
    dmurner@landrumshouse.com
    ewinchell@landrumshouse.com
    erose@landrumshouse.com
    *Counsel for Defendants*

    /s/ Richard W. Hartsock
    Counsel for Plaintiff

COMMONWEALTH OF KENTUCKY
LYON CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00027

JOSEPH A. SERPICO, JR.                                                                    PLAINTIFF

v.       <u>NOTICE TO CIRCUIT COURT OF FILING OF
         NOTICE OF REMOVAL</u>
         *Electronically Filed*

VONDA F. ROBINSON and
HEARTLAND EXPRESS, INC. OF IOWA                                                    DEFENDANTS

* * * * *

You are hereby notified of the filing on this 29th day of April, 2022, of a notice of removal in the United States District Court for the Western District of Kentucky, Paducah Division, of the case styled *Joseph A. Serpico, Jr. v. Vonda F. Robinson and Heartland Express Inc. of Iowa,* Commonwealth of Kentucky, Lyon Circuit Court, Civil Action Number 22-CI-00027, all in accordance with provisions of 28 USC § 1446. Copies of said notice of removal were filed and served herewith.

        Respectfully submitted,
        DANIEL E. MURNER        (No. 82715)
        ELIZABETH WINCHELL    (No. 92088)
        ESTEE ROSE                    (No. 99038)
        LANDRUM & SHOUSE LLP
        P. O. Box 951
        Lexington, KY  40588-0951
        Telephone:  (859) 255-2424

BY:   /s/Elizabeth Winchell
        COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2022, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:


Richard W. Hartsock       (rhartsock@hughesandcoleman.com)
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
*Counsel for Plaintiff*


                                                  BY:   /s/Elizabeth Winchell
                                                        COUNSEL FOR DEFENDANTS