UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISON

| | |
|---|---|
| JOSEPH A. SERPICO JR., | CVICL ACTION NO. 5:22-cv-00056-CHB-LLK |
| PLAINTIFF | (ELECTRONICALLY FILED) |
| V. | STIPULATION OF VOLUNARY DISMISSAL OF INTERVENING COMPLAINT BY RENTOKIL |
| VONDA F. ROBINSON AND HEARTLAND EXPRESS, et. al DEFENDENTS | |

      Plaintiff Joseph A. Serpico Jr. and Defendants Vonda F. Robinson and Heartland Express, *et. al.* hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the Intervening Complaint filed by Intervening Plaintiff Rentokil North America Inc. be dismissed against the Defendants Vonda F. Robinson and Heartland Express.


/s/ Richard Hartsock
Richard Hartstock

Richard Hartstock
Hughes & Coleman
1256 Cambell Lane
Suite 201
Bowling Green, Kentucky 42104
E: rhartstock@hughesandcoleman.com
*Counsel for Plaintiff*

/s/  Elizabeth Winchell
Elizabeth J. Winchell

Elizabeth J. Winchell
Landrum & Shouse, LLP
106 West Vine Street
Suite 800
Lexington, Kentucky 40507
E: ewinchell@landrumhouse.com
*Counsel for Defendants*


/s/ Jace Martin
Jace S. Martin

Jace S. Martin
Dilback & Martin, PLLC
8005 Lyndon Centre Way
Suite 201
Louisville, Kentucky 40222
E:  jace@dilbeckandmyers.com
*Counsel for Intervening Plaintiff State Farm Ins.*


Steven Armstrong (State Bar No. 84924)
Armstrong and Peake PLLC
138 South 3rd Street
Louisville, Kentucky 40202
Telephone: (502) 562-1978
Fax: (502) 461-8260
E: sarmstrong@armstrongpeake.com
Counsel for Rentokil North America Inc.


/s/ Steven Armstrong_____
By: STEVEN ARMSTRONG
*Counsel for Rentokil North America Inc.*

Case 5:22-cv-00056-CHB-LLK   Document 30   Filed 05/02/23   Page 3 of 3 PageID #: 123