UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JOSEPH A. SERPICO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VONDA F. ROBINSON, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 5:22-CV-056-CHB<br><br>**ORDER DISCHARGING SHOW CAUSE ORDER AND DISMISSING INTERVENOR COMPLAINT WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On April 28, 2023, Intervenor Plaintiff Rentokil North America, Inc. and Defendants Vonda F. Robinson and Heartland Express, Inc., of Iowa were ordered to show cause as to why they had not complied with the Court's directive to file a stipulation of dismissal. [R. 29]. Rentokil, Robinson, and Heartland having since filed a Stipulation of Voluntary Dismissal of Rentokil's Intervenor Complaint [R. 30], and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order [**R.29**] is hereby **DISCHARGED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Intervenor Plaintiff Rentokil's claims in this matter against Defendants Robinson and Heartland are **DISMISSED WITH PREJUDICE**.

This the 3rd day of May, 2023.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record