UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JOSEPH A. SERPICO, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:22-CV-00056-CHB-LLK |
| ) | |
| v. ) | |
| ) | |
| VONDA F. ROBINSON, *et al.*, ) | **ORDER OF DISMISSAL AS TO** |
| ) | **PLAINTIFF'S CLAIMS AGAINST** |
| Defendants. ) | **THE DEFENDANTS** |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Joseph A. Serpico, Jr., Defendant Vonda F. Robinson, and Defendant Heartland Express of Iowa's Joint Motion for Entry of Stipulation of Dismissal and Agreed Order of Dismissal. [R. 81]. In the Joint Motion, the filing parties request the Court enter an agreed order that dismisses Plaintiff's claims with prejudice because "Plaintiff has resolved his claims against the Defendants." *Id* at 1. The Court will address Intervening Plaintiff State Farm's claims against the defendants by separate order.

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff Joseph A. Serpico, Jr., Defendant Vonda F. Robinson, and Defendant Heartland Express of Iowa's Joint Motion for Entry of Stipulation of Dismissal and Agreed Order of Dismissal, [**R. 81**], is **GRANTED**.

2. Plaintiff's claims against Defendant Vonda F. Robinson, and Defendant Heartland Express of Iowa, is **DISMISSED WITH PREJUDICE**. Intervening Plaintiff State Farm's claims **SHALL** not be affected by this order.

- 2 -

This the 18th day of November, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record